UNITED STATES, Appellee

v

JASPER B. PERRY, Corporal,
U. S. Marine Corps, Appellant

18 USCMA 574, 40 CMR 286

No. 21,948

September 19, 1969

*Commander E. M. Fulton, Jr.,* JAGC, USN, was on the pleadings for Appellant, Accused.

*Lieutenant Anthony A. Derezinski,* JAGC, USNR, was on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

The inquiry into the providence of accused's plea of guilty to the offenses charged is comparable to that found in United States v Care, 18 USCMA 535, 40 CMR 247. In this regard, the record reflects no reversible error. The procedure followed in this case, however, would not meet the standard that must apply to cases tried thirty days after the decision in *Care.*

The decision of the board of review is affirmed.

Chief Judge QUINN concurs.

FERGUSON, Judge:

I concur in the result. See my dissent in United States v Care, 18 USCMA 535, 40 CMR 247.